IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIUS G. SANDERS,<br>AIS #255121,<br><br>Plaintiff,<br><br>v.<br><br>KAY IVEY, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 2:20-CV-814-WHA<br>)<br>)<br>)<br>) |

## **ORDER**

On January 22, 2021, the Magistrate Judge entered a Recommendation (Doc. #5) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to file necessary financial information as ordered by this court.

A separate Final Judgment will be entered.

DONE this 22nd day of February, 2021.

      /s/ W. Harold Albritton
    SENIOR UNITED STATES DISTRICT JUDGE